UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FERNANDE R. EDWARDS,
                Plaintiff,

-vs-                                                    Case No.  6:09-cv-234-Orl-GJK

CFI SALES & MARKETING, INC.
CENTRAL FLORIDA INVESTMENTS,
INC. WESTGATE RESORTS, INC.,
                Defendant.
_____

# ORDER

This case is before the Court on Plaintiff's Motion for Conditional Certification of
Collective Action and Permission to Send Court Supervised Notice Advising Similarly
Situated Individuals of Their Opt-In Rights Pursuant to 29 U.S.C. Section 216(B) (Doc. No.
101) filed October 9, 2009.  The United States Magistrate Judge has submitted a report
recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no
objections were timely filed, the Court agrees entirely with the findings of fact and
conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as
follows:

1.      That the Report and Recommendation filed November 23, 2009 (Doc. No. 109)
is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      Plaintiff's Motion for Conditional Certification of Collective Action and
Permission to Send Court Supervised Notice Advising Similarly Situated Individuals of Their

Opt-In Rights Pursuant to 29 U.S.C. Section 216(B) (Doc. No. 101) is **GRANTED as unopposed**.

3.　　The Court accepts the stipulation of the parties filed at Doc. No. 107.

4.　　The Notices filed at Doc. Nos. 107-2 and 107-3 are approved and may be issued.

5.　　Defendants have thirty (30) days from the date of this Order to provide to Plaintiff's counsel the name and addresses of the following putative class:

> **FORMER AND CURRENT DAY-LINE SALES REPRESENTATIVES EMPLOYED BY CFI SALES & MARKETING, INC., CENTRAL FLORIDA INVESTMENTS, INC., AND WESTGATE RESORTS, INC., AFTER FEBRUARY 9, 2006 IN ANY OF ITS FLORIDA RESORTS WHO WERE PAID SOLELY ON A COMMISSION ONLY BASIS AND WORKED IN EXCESS OF FORTY (40) HOURS IN ANY WEEK.**

6.　　Plaintiff will have ten (10) business days from the receipt of the above list to mail the Court approved Notice to the putative class.

7.　　The putative class will have forty-five (45) days from the mailing of the Notices to file their consent to join forms with the Clerk of the Court. Those consents filed after the expiration of the forty-five (45) days opt-in period, will be deemed untimely and will be stricken from the record.

8.　　Those persons who have filed opt-out forms with the Court will not be included in the list provided to counsel.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of December, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party