**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FERNANDE R. EDWARDS,**
        **Plaintiff,**

-vs-                                    **Case No.  6:09-cv-234-Orl-28GJK**

**CFI SALES & MARKETING, INC.**
**CENTRAL FLORIDA INVESTMENTS,**
**INC. WESTGATE RESORTS, INC.,**
        **Defendant.**

## ORDER

This case is before the Court on Defendants' Renewed Motion for Sanctions Against Certain Plaintiffs (Doc. No. 261) filed April 4, 2011 and the Joint Motion for Extension of Time to File the Joint Motion for Approval of Settlement (Doc. No. 275) filed May 20, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion for sanctions be granted in part and the motion for an extension of time be granted.

After an independent *de novo* review of the record in this matter, and consideration of the parties' Joint Notice of No Objections to the Report and Recommendation (Doc. No. 279), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed June 3, 2011 (Doc. No. 278) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendants' Renewed Motion for Sanctions Against Certain Plaintiffs (Doc. No. 261) is **GRANTED in part**.  The following Plaintiffs are dismissed with prejudice: Nicholas Ackerberg, Loris Catillo, Keith Cormier, Beatriz Dominguez, Vivian Frascona, Timothy Garito,

Nicole Hampton, Clara Hansen, Byron Levine, Ali May, Edwardo Miranda, Anthony Paez, Manuel Perez, Elizur Reyes, Damon Robinson, Dawn Rondon, Joe Rosado, Roberto Roasad, Elio Tapanes, Isabel Veliz, Christopher Wranik, Pauline Courchene, Carmen Del Kubach, Janice Genao, Arthur Grimes, Daryl Hamilton, Mark Hoffman, Lance Jochims, Patrick Leiby, II, Brenda McClintock, Donald Miles, Antionette Newell, Allen Parker, Carole Wateley, Hugh Williams, Gloria Aguirre, Walter Collado, Aiman Hussein, Frank Thompson, Ricardo Tobon, Ernesto Aviles, Shane Cumiskey, Jamil Sauders, and Thomas Horsley.

3. The Joint Motion for Extension of Time to File the Joint Motion for Approval of Settlement (Doc. No. 275) is **GRANTED.** The parties shall file their Joint Motion for Approval of Settlement Agreement within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___6th___ day of June, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge