# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**FERNANDE R. EDWARDS,**
        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:09-cv-234-Orl-28GJK**

**CFI SALES & MARKETING, INC.**
**CENTRAL FLORIDA INVESTMENTS,**
**INC. WESTGATE RESORTS, INC.,**
        **Defendant.**

___

# ORDER

This case is before the Court on the Joint Renewed Motion for Approval of Settlement and Stipulation for Dismissal with Prejudice (Doc. No. 286) filed August 30, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the non-objection to the Report and Recommendation filed by the parties (Doc. No. 290), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 4, 2011 (Doc. No. 289) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Renewed Motion for Approval of Settlement and Stipulation for Dismissal with Prejudice (Doc. No. 286) is **GRANTED** to the extent the Court finds the settlement to be a fair and reasonable resolution of a bona fide dispute of Fair Labor Standard Act provisions.

3. Opt-in Plaintiff Carlos Avila is dismissed from this action.

4. The following opt-in Plaintiffs are considered part of the settlement class, and their proceeds shall be distributed in accordance with the parties' proposal: Luis Alicia, Patrese Lovecraft, Jorge Ramirez, Yaritza Fernandez, Andres Mendez, Roberto Santana, Sami Ghidhaoui, Lisa Ortega, Gamma Sellier, Adam Israel, Jorge Pereira, Kathy Valentine, Tony Littles, and Alvaro Quintino.

5. This case is dismissed with prejudice.

6. The Clerk of the Court is directed to close this case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___22nd___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
JOHN ANTOON II
United States District Judge