**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FERNANDE R. EDWARDS,**
        **Plaintiffs,**

-vs-                                                              **Case No. 6:09-cv-234-Orl-GJK**

**CFI SALES & MARKETING, INC.**
**CENTRAL FLORIDA INVESTMENTS,**
**INC. WESTGATE RESORTS, INC.,**
        **Defendants.**
_____

# ORDER

This case is before the Court on Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. No. 294) filed December 19, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed August 20, 2012 (Doc. No. 306) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion for Award of Attorneys' Fees and Costs (Doc. No. 294) is **GRANTED in part** and **DENIED in part.**

    3.    Plaintiffs are awarded $11,765.70 in attorneys' fees and $7,290.25 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of September, 2012.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party